IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC,

     Plaintiff,

v.

LAND O'LAKES, INC., a Minnesota corporation;
LAND O'LAKES, FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as
Director of Marketing, Land O'Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as
President, Land O'Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the afore named defendants,

     Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     It is hereby **ORDERED** Plaintiff's Unopposed Motion For Additional Time To Complete Depositions of Frank Bezdicek, Jamie LaRue, and Elden Hall  (Filed July 18, 2005, Docket No. 104 ) (Titled when docketed as  "First Motion to Redepose" in CM ) is **GRANTED.**

**DATED:**    July 20, 2005