IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC,

      Plaintiff,

v.

LAND O'LAKES, INC., a Minnesota corporation;
LAND O'LAKES, FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as
Director of Marketing, Land O'Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as
President, Land O'Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the afore named defendants,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      Pending before the court is Defendants' Motion to Strike Plaintiff's Motion to Compel Discovery as Exceeding Page Limits Set by Judge Daniel's Trial Procedures (filed September 20, 2005; *doc. no. 163*) and Plaintiff's Motion to Compel Discovery (filed August 31, 2005; *doc. no. 137*). As both motions have been referred to me by District Judge Daniel, I therefore can exercise my discretion to consider the motion to compel, notwithstanding the page limit. Therefore, it is hereby

      **ORDERED** that Defendants' Motion to Strike (*doc. no. 163*) is **DENIED**. Defendants have up to and including **October 6, 2005**, to file a response to Plaintiff's Motion to Compel (*doc. no. 137*). No replies will be permitted. It is further

      **ORDERED** that the motions hearing set for October 5, 2005, is **VACATED** and **RESET** to **October 12, 2005, at 9:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are advised that absent an extreme showing of good cause, the court is not inclined to entertain any requests to reschedule. It is further

**ORDERED** that parties should also be prepared to discuss Plaintiff's Proposed Bill of Costs (filed July 21, 2005; *doc. no. 111*) at the October 12, 2005, hearing.

**DATED:**      September 26, 2005