IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC,

      Plaintiff,

v.

LAND O'LAKES, INC., a Minnesota corporation;
LAND O'LAKES, FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as
Director of Marketing, Land O'Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as
President, Land O'Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the afore named defendants,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that Defendants' Unopposed Motion for Leave to Exceed Page Limits in Responding to Plaintiff's Motion to Compel Discovery (filed October 3, 2005; *doc. no. 167*) is **GRANTED**.

**DATED:**    October 3, 2005