IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LAND O' LAKES, INC, a Minnesota corporation;
LAND O' LAKES FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as Director of Marketing, Land O' Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as President, Land O' Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the afore named defendants,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on review of the file.  The Court notes that by Minute Order dated November 14, 2005, the Court ordered the parties to identify the sealed exhibits or portions thereof that were filed with the parties' summary judgment motions, responses, and replies that were not protected by the parties' Stipulated Protective Order and to file those documents or redacted documents with the Court. The parties not only refiled their exhibits but also refiled their motions, responses and replies.  It is unclear which documents supersede previously filed documents.  As such, it is

ORDERED that the parties file a joint status report by **Monday, April 17, 2006**, advising the Court exactly which motions are at issue and need to be heard by the Court at the hearing on summary judgment motions scheduled for Tuesday, May 2, 2006, and which motions were mooted by more recent filings.

Dated:  April 11, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge