IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LAND O' LAKES, INC, a Minnesota corporation;
LAND O' LAKES FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as Director of Marketing, Land O' Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as President, Land O' Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the aforenamed defendants,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on Susan Hendrick's Motion to Withdraw and to Remove Name from Electronic Filing Notices [# 281], filed July 14, 2006.  Having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Motion to Withdraw is **GRANTED**.

Dated:  July 18, 2006

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge