IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-00329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC,

    Plaintiff,

v.

LAND O'LAKES, INC., a Minnesota corporation;
LAND O'LAKES, FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as
Director of Marketing, Land O'Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as
President, Land O'Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the afore named defendants,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Excuse Individual Defendants Frank Bezdicek and Robert Degregorio from February 13, 2007 Settlement Conference (*doc. no. 304)* is **GRANTED**. Messrs. Bezdicek and DeGregorio are excused from attending the settlement conference on February 13, 2007.

    IT IS FURTHER ORDERED that the parties are reminded that the Scheduling Order entered on June 8, 2004 requires that the parties be represented at any settlement conference by client representatives "with authority to settle." To avoid any uncertainty in advance of the February 13, 2007 settlement conference, the parties to this action are instructed that any corporate parties or insurance carrier must send a **representative executive who has unrestricted authority to discuss, consider, propose and agree, or**

**disagree, to any settlement offer or proposal**.  *Cf. Logan v. Illinois Cent. R. Co.*, 2007 WL 171863 (S.D. Ill. 207) (suggesting as a "good rule of thumb" that defendants bring to the settlement conference "a person who can agree to any sum demanded by plaintiff without resort to the telephone").  *See also Nick v. Morgan's Foods, Inc.*, 99 F. Supp.2d 1056, 1062-63 (E.D. Mo. 2000) (noting that "[m]eaningful negotiations cannot occur if the only person with authority to actually change their mind and negotiate is not present . . . when a corporate representative with the authority to reconsider that party's settlement position is not present, the whole purpose of the mediation is lost, and the result is an even greater expenditure of the parties' resources, both time and money, for nothing.")

**DATED:**      February 5, 2007