## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  04-cv-00329-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  April 9, 2007** | **Courtroom Deputy:**  Ben Van Dyke |

CACHE LA POUDRE FEEDS, LLC,               Cheryl L. Anderson
a Colorado limited liability company,                Luke Santangelo

     **Plaintiff,**

     v.

LAND O'LAKES, INC.,                              Gregory S. Tamkin
a Minnesota corporation, *et al.*,                   Elizabeth Morton

     **Defendants.**

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTIONS HEARING**
**Court in Session:      10:45 a.m.**
Court calls case.  Appearances of counsel.

Counsel provide arguments regarding Defendants' Motion to Strike Portions of Plaintiff's Second Supplemental Disclosures [filed March 16, 2007; doc. 309].

**ORDERED:   Defendants' Motion to Strike Portions of Plaintiff's Second Supplemental Disclosures [filed March 16, 2007; doc. 309] is taken under advisement.**

**ORDERED:   Plaintiff shall provide a supplemental brief stating who the plaintiff will add to the will-call witness list and of those witnesses, who are expected to testify at trial or by preservation deposition by 5:00 p.m. on April 10, 2007.**

HEARING CONCLUDED.

**Court in Recess**:      **12:17 p.m.**
Total In-Court Time:     01:32