**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-00329-WYD-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: April 13, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| CACHE LA POUDRE FEEDS, LLC, | Cheryl L. Anderson, via telephone |
| a Colorado limited liability company, | Luke Santangelo, via telephone |
| **Plaintiff,** | |
| v. | |
| LAND O'LAKES, INC., | Gregory S. Tamkin, via telephone |
| a Minnesota corporation, *et al.*, | Elizabeth Morton, via telephone |
| | Randy E. Dunn, via telephone |
| **Defendants.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     3:00 p.m.**
Court calls case.  Appearances of counsel.

Counsel discuss Defendants' Motion to Strike Portions of Plaintiff's Second Supplemental Disclosures [file March 16, 2007; doc. 309] with the Court.

**ORDERED:   Defendants' Motion to Strike Portions of Plaintiff's Second Supplemental Disclosures [file March 16, 2007; doc. 309] is granted in part and denied in part for the reasons stated on the record.  The motion is denied as to Mitch Anderson, Rod Johnson, Kimberly Fortune, Tamme Hodge, and Leanne Strain.  The motion is granted as to all other witnesses requested stricken in the motion.  The defendants may take the depositions of Ms. Fortune, Ms. Hodge, and Ms. Strain within the next three (3) weeks.**

HEARING CONCLUDED.

**Court in Recess:     3:32 p.m.**
Total In-Court Time:     00:32