IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LAND O' LAKES, INC, a Minnesota corporation;
LAND O' LAKES FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as Director of Marketing, Land O' Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as President, Land O' Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the aforenamed defendants,

    Defendants.
_____

### ORDER ADOPTING AND AFFIRMING ORDER OF
### THE UNITED STATES MAGISTRATE JUDGE
_____

THIS MATTER comes before the Court on Defendants' Motion to Strike Portions of Plaintiff's Supplemental Disclosures [# 309], filed March 16, 2007.  The matter was referred to Magistrate Judge Shaffer on March 19, 2007.  On April 9, 2007, Magistrate Judge Shaffer held a hearing on Defendants' Motion, and he took the matter under advisement.  Following a telephone hearing on April 13, 2007, Magistrate Judge Shaffer issued an Order denying in part and granting in part Defendants' Motion, which is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(A), Fed. R. Civ. P. 72(a),

D.C.COLO.LCivR. 72.1(C)(1). On April 23, 2007, the Plaintiff filed an Objection to Magistrate Judge Shaffer's ruling.

Since Plaintiffs filed a timely Objection, I must review the magistrate judge's Order to determine whether it is "clearly erroneous or contrary to law" since the nature of the matter is nondispositive. Fed. R. Civ. P. 72(a). "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." *Cook v. Rockwell Int'l Corp.*, 147 F.R.D. 237, 242 (D. Colo. 1993).

On May 8, 2007, a hearing on this Objection was held, and I heard argument from both parties. For the reasons stated on the record, I find that Magistrate Judge Shaffer's ruling was not clearly erroneous or contrary to law and should be affirmed. Accordingly, it is

ORDERED that the Order of the United States Magistrate Judge, dated April 13, 2007, is **AFFIRMED and ADOPTED**. Accordingly, it is

ORDERED that Defendants' Motion to Strike Portions of Plaintiff's Supplemental Disclosures [# 309] is **DENIED IN PART and GRANTED IN PART** as set forth on the record.

Dated:  May 9, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge