IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LAND O' LAKES, INC, a Minnesota corporation;
LAND O' LAKES FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as Director of Marketing, Land O' Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as President, Land O' Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the aforenamed defendants,

    Defendants.
_____

**ORDER**
_____

THIS MATTER came before the Court for a Final Trial Preparation Conference on May 31, 2007.  After carefully reviewing the pleadings and considering the arguments presented by both parties at the hearing, I order the following based upon the reasons stated on the record:

IT IS ORDERED that Plaintiff shall be referred to as Cache La Poudre Feeds, LLC or Cache La Poudre for all purposes of this case.  It is

FURTHER ORDERED that the scope of Plaintiff's unfair competition claim is limited to a claim for misappropriation and a claim for false designation of origin.  There

are no unfair competition claims in the case for false representation and false advertising. It is

FURTHER ORDERED that Plaintiff shall not make any mention of a trademark disparagement claim during the opening statements. I will make a final decision during the trial if there is any federal trademark disparagement claim that Plaintiff may assert. It is

FURTHER ORDERED that the Plaintiff shall make no reference to evidence concerning the deaths of alpacas during the opening statements. I will hear evidence on the admissibility of alpaca deaths during the trial and outside the presence of the jury. It is

FURTHER ORDERED that the parties shall meet and confer to resolve all issues related to the dates and times for the witnesses under the control of the Defendants and file a status report by **Thursday, June 7, 2007.** I will impose appropriate sanctions against any party who fails to cooperate as directed by me at the Final Trial Preparation Conference. It is

FURTHER ORDERED that Plaintiff shall file all deposition designations by **Monday, June 4, 2007.** Defendants shall file a response to said designations by **Tuesday, June 12, 2007.** It is

FURTHER ORDERED that the parties shall comply with all other deadlines and directives mandated by me at the Final Trial Preparation Conference.

Dated: June 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge