**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech           Date:   May 31, 2007
E.C.R./Reporter:    Kara Spitler

_____

Civil Action No:  **04-cv-00329-WYD-CBS**           Counsel:

**CACHE LA POUDRE FEEDS, LLC**,                  Thomas R. French
                                                 Luke Santangelo
           Plaintiff,                            Cheryl L. Anderson

v.

**LAND O'LAKES, INC., et al.**,                  Gregory S. Tamkin
                                                 Tucker K. Trautman
           Defendants.                           Elizabeth L. Morton
                                                 Randy E. Dunn

_____

**COURTROOM MINUTES**
_____

**FINAL TRIAL PREPARATION CONFERENCE**

**2:38 p.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks regarding Plaintiff's use of "Treiber" instead of Cache
                   La Poudre in recently filed documents.

2:42 p.m.          Discussion regarding issue raised by the Court regarding use of "Treiber"
                   instead of Cache La Poudre in recently filed documents.

**ORDERED:**       Plaintiff shall be referred to as Cache La Poudre Feeds, LLC or Cache La
                   Poudre, but not Treiber, during trial.

                   Plaintiff's List of Issues and Motions (#377 - 5/29/07) is raised for argument.

2:59 p.m.          Argument by Plaintiff (Mr. Santangelo).

-1-

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

| | |
|---|---|
| 3:01 p.m. | Argument by Defendants (Mr. Tamkin). |
| 3:01 p.m. | Argument by Plaintiff (Mr. Santangelo). |
| 3:21 p.m. | Argument by Defendants (Mr. Tamkin). |
| 3:26 p.m. | Argument by Plaintiff (Mr. Santangelo). |
| **ORDERED:** | Plaintiff's unfair competition claim is limited to a claim for misappropriation and a claim for false designation of origin. |
| 3:29 p.m. | Argument by Defendants (Mr. Tamkin). |
| 3:32 p.m. | Argument by Plaintiff (Mr. Santangelo). |
| **ORDERED:** | There shall be no mention in opening statements nor any jury instructions dealing with the concept of false representation as a component of unfair competition. |
| 3:35 p.m. | Argument by Defendants (Mr. Tamkin). |

Defendants' Motion in Limine to Exclude Evidence Concerning Deaths of Alpacas (#334 - 4/20/07) is raised for argument.

| | |
|---|---|
| 3:43 p.m. | Argument by Defendants (Mr. Tamkin). |
| 3:47 p.m. | Argument by Plaintiff (Mr. Santangelo). |
| 3:53 p.m. | Argument by Defendants (Mr. Tamkin). |
| 3:56 p.m. | Argument by Plaintiff (Mr. Santangelo). |
| 3:57 p.m. | Argument by Defendants (Mr. Tamkin). |
| 4:06 p.m. | Argument by Plaintiff (Mr. Santangelo). |
| **ORDERED:** | Defendants' Motion in Limine to Exclude Evidence Concerning Deaths of Alpacas (#334 - 4/20/07) is **TAKEN UNDER ADVISEMENT.** |

Plaintiff's Motion Re: Witness Testimony and Trial Preservation Depositions (#373 - 5/25/07) is raised for argument.

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

| | |
|---|---|
| 4:14 p.m. | Argument by Plaintiff (Mr. French). |
| 4:16 p.m. | Argument by Defendants (Mr. Tamkin). |
| 4:17 p.m. | Argument by Plaintiff (Mr. French). |
| **ORDERED:** | Plaintiff's Motion Re: Witness Testimony and Trial Preservation Depositions (#373 - 5/25/07) is **GRANTED IN PART and DENIED IN PART, as outlined by the Court.** |
| **ORDERED:** | Counsel shall meet and confer to resolve issues related to dates and times of witnesses and advise the Court of these dates and times by written pleading not later than **Thursday, June 7, 2007.** |
| **ORDERED:** | Plaintiff shall file deposition designations as to witness Robert Bean not later than **Monday, June 4, 2007.** |
| **ORDERED:** | Defendants shall respond to Plaintiff's deposition designations as to witness Robert Bean not later than **Tuesday, June 12, 2007.** |
| **4:38 p.m.** | Court in Recess |
| **5:03 p.m.** | Court in Session |
| **ORDERED:** | Plaintiff shall not mention deaths of Alpacas in opening statement nor will witnesses be allowed to give testimony until the court can have a hearing on this issue outside the presence of the jury. |
| | Plaintiff's Motion Re: Amendment of Times to Complete Filing Required Under this Court's Practice Standards (#374 - 5/25/07) is raised for argument. |
| 5:07 p.m. | Argument by Plaintiff (Mr. French). |
| 5:07 p.m. | Argument by Defendants (Mr. Trautman). |
| 5:08 p.m. | Argument by Plaintiff (Mr. French). |
| **ORDERED:** | Plaintiff's Motion Re: Amendment of Times to Complete Filing Required Under this Court's Practice Standards (#374 - 5/25/07) is **GRANTED.** |
| **ORDERED:** | Parties shall file revised witness lists by **Friday, June 8, 2007.** |

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

**ORDERED:**   Plaintiff shall disclose scope of witnesses not later than **Friday, June 1, 2007.**

**ORDERED:**   Defendants shall disclose witnesses to be called at trial not later than **Monday, June 4, 2007.**

5:14 p.m.   Discussion regarding statement of the case,

**ORDERED:**   Parties shall file revised witness lists, with anticipated dates and times, not later than **Friday, June 8, 2007.**

Defendants' Motion in Limine to Exclude Expert Testimony of A. Carr Conway (#335 - 4/20/07) is raised for argument.

5:15 p.m.   Argument by Defendants (Mr. Hughes).

5:23 p.m.   Argument by Plaintiff (Mr. French).

5:30 p.m.   Argument by Defendants (Mr. Hughes).

5:31 p.m.   Argument by Defendants (Mr. Tamkin).

**ORDERED:**   Defendants' Motion in Limine to Exclude Expert Testimony of A. Carr Conway (#335 - 4/20/07) is **TAKEN UNDER ADVISEMENT.**

5:33 p.m.   Discussion and argument regarding Defendants' Request for Judicial Notice of the 2002 Drought Conditions, filed May 31, 2007.

**ORDERED:**   Plaintiff shall respond to Defendants' Request for Judicial Notice of the 2002 Drought Conditions, filed May 31, 2007, not later than **Wednesday, June 6, 2007.**

Plaintiff's Motion in Limine to Allow Evidence of Defendants' Destruction of Evidence to Prove Willful Misconduct (#336 - 4/20/07) is raised for argument.

5:37 p.m.   Argument by Plaintiff (Mr. French).

5:38 p.m.   Argument by Defendants (Mr. Tamkin).

**ORDERED:**   Plaintiff's Motion in Limine to Allow Evidence of Defendants' Destruction of Evidence to Prove Willful Misconduct (#336 - 4/20/07) is **DENIED.**

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

5:39 p.m.    Discussion regarding issue of profit by defendants and reasonable royalty.

**ORDERED:**    Continuation of this final trial preparation conference is set for **Friday, June 8, 2007, at 9:30 a.m.**

**5:42 p.m.**    Court in Recess - HEARING CONTINUED

**TOTAL TIME:  2:39**