IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC, a Colorado limited liability company,

 Plaintiff,

v.

LAND O' LAKES, INC, a Minnesota corporation;
LAND O' LAKES FARMLAND FEED, LLC, a Minnesota limited liability company;
AMERICAN PRIDE CO-OP, a Colorado cooperative corporation;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC., a Colorado cooperative corporation;
FRANK BEZDICEK, individually, and in his official capacity as Director of Marketing, Land O' Lakes, Inc.;
ROBERT DEGREGORIO, individually, and in his official capacity as President, Land O' Lakes Farmland Feed, LLC; and
As yet unidentified entities and individuals participating in concert with the aforenamed defendants,

 Defendants.
_____

**ORDER**
_____

 THIS MATTER came before the Court for continuation of a Final Trial Preparation Conference on June 8, 2007.  After carefully reviewing the pleadings and considering the arguments presented by both parties at the hearing, I order the following for the reasons stated on the record:

 IT IS ORDERED that Plaintiff is barred from presenting evidence during the trial of damages in the form of a reasonable royalty.  It is

 FURTHER ORDERED that the issue and determination of an award of profits will be heard and decided by the jury, that this decision will be advisory and subject to

the Court's weighing of the equities post-trial if the parties so desire.  It is

FURTHER ORDERED that this Court will not take judicial notice of the 2002 drought conditions and Defendants' request is hereby DENIED.  It is

FURTHER ORDERED that the parties shall file amended exhibit lists on or before **Wednesday, June 13, 2007.**  These lists shall comply with this Court's practice standards.  It is

FURTHER ORDERED that opening statements will be limited to forty minutes each for Plaintiff and Defendants.  It is

FURTHER ORDERED the Defendants shall cause Mr. Steve Brown to appear for trial on the morning of June 27, 2007.  It is

FURTHER ORDERED that the parties shall file all deposition designations and counter-designations by **Thursday, June 14, 2007**.  It is

FURTHER ORDERED that Plaintiff's proposed voir dire question regarding a prospective juror's affiliation with Defendants' insurance company is barred.  It is

FURTHER ORDERED that Land O' Lakes Farmland Feed, LLC, is dismissed from this case by agreement of the parties.  It is

FURTHER ORDERED that any evidence regarding Land O' Lakes Farmland Feed, LLC, will be considered as evidence of Land O' Lakes, LLC's conduct, by agreement of the parties.  It is

FURTHER ORDERED that Defendants' request for sanctions relating to Plaintiff's exhibit lists is DENIED.  It is

FURTHER ORDERED that, pursuant to my prior order regarding Plaintiff's

Motion in Limine, no witnesses or evidence of discovery violations will be admissible in this trial.  It is

FURTHER ORDERED that Plaintiff's "Lehman Brother's Report" may be added to their exhibit list.  It is

FURTHER ORDERED that Defendants' documents originally submitted as exhibits to their request for judicial notice may be added to their exhibit list.  It is

FURTHER ORDERED that the parties shall file a stipulation for dismissal (with accompanying order) as to the dismissal of all counterclaims and certain individual Defendants.

Dated:  June 8, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge