IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-00329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC

    Plaintiff,

v.

LAND O' LAKES, INC.;
LAND O' LAKES FARMLAND FEED, LLC.;
AMERICAN PRIDE CO-OP;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC.;
FRANK BEZDICEK; and
ROBERT DeGREGORIO,

    Defendants.

---

ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS
AMERICAN PRIDE CO-OP, POUDRE VALLEY COOPERATIVE ASSOCIATION, INC.,
FRANK BEZDICEK AND ROBERT DEGREGORIO

---

THIS MATTER came before the Court on Stipulation of Dismissal With Prejudice of Defendants American Pride Co-Op, Poudre Valley Cooperative Association, Inc., Frank Bezdicek and Robert DeGregorio dated June 18, 2007.  After reviewing the Stipulation, and being fully advised in the premises, it is therefore

ORDERED that all claims asserted by Plaintiff in the Third Amended Complaint against American Pride Co-Op, Poudre Valley Cooperative Association, Inc., Frank Bezdicek and Robert DeGregorio are hereby dismissed with prejudice.  It is further

ORDERED that the parties to the Stipulation shall each pay their own costs and attorneys' fees.

Dated: June 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge