IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 04-cv-00329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC

    Plaintiff,

v.

LAND O' LAKES, INC.,
LAND O' LAKES FARMLAND FEED, LLC.;
AMERICAN PRIDE CO-OP;
POUDRE VALLEY COOPERATIVE ASSOCIATION, INC.;
FRANK BEZDICEK, and
ROBERT DeGREGORIO,

    Defendants.

---

ORDER OF DISMISSAL WITH PREJUDICE OF COUNTERCLAIMS
ASSERTED AGAINST PLAINTIFF CACHE LA POUDRE FEEDS
BY DEFENDANTS LAND O'LAKES, INC. AND
LAND O'LAKES FARMLAND FEED LLC

---

THIS MATTER came before the Court on Stipulation of Dismissal With Prejudice of Counterclaims Asserted Against Plaintiff Cache La Poudre Feeds LLC by Defendants Land O' Lakes, Inc. and Land O' Lakes Farmland Feed LLC. After reviewing the Stipulation, and being fully advised in the premises, it is

ORDERED that all claims asserted by Land O' Lakes, Inc. and Land O' Lakes Farmland Feed LLC and against Cache La Poudre Feeds LLC are hereby dismissed with prejudice. It is further

ORDERED that the parties to the Stipulation shall each pay their own costs and attorneys' fees.

Dated: June 18, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge