**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech          Date:   June 27, 2007
E.C.R./Reporter:     Kara Spitler

_____

Civil Action No:  **04-cv-00329-WYD-CBS**          Counsel:

**CACHE LA POUDRE FEEDS, LLC**,                   Thomas R. French
                                                   Luke Santangelo
           Plaintiff,                              Cheryl L. Anderson

v.

**LAND O'LAKES, INC., et al.**,                   Gregory S. Tamkin
                                                   Tucker K. Trautman
           Defendants.                             V. Aaron Hughes
                                                   Elizabeth L. Morton

_____

**COURTROOM MINUTES**
_____

**TRIAL TO JURY (DAY 7)**

**8:41 a.m.**     Court in Session - Jury not present

                  Discussion and argument regarding issue of contributory infringement.

                  Plaintiff informs the Court it is withdrawing the contributory infringement claim as it relates to Poudre Valley Co-Op.

                  Court makes findings.

**ORDERED:**     Plaintiff cannot assert a contributory infringement claim as to profits against Land O'Lakes, Inc. predicated on what profits, if any, may have been received by American Pride Co-Op.

                  Defendant's Motion in Limine to Exclude Evidence Concerning Deaths of Alpacas (#334 - 4/20/07) is raised for argument.

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

| Time | Event |
|---|---|
| 9:00 a.m. | Plaintiff's witness **Gerald Forstner** sworn. |
| | Direct examination by Plaintiff (Mr. French). *EX ID:    84, 75, 237* |
| 9:19 a.m. | Cross examination by Defendant (Mr. Tamkin). *EX ID:    84* |
| 9:23 a.m. | Plaintiff's witness **Faye Farley** sworn. |
| | Direct examination by Plaintiff (Mr. French). |
| 9:26 a.m. | Cross examination by Defendant (Mr. Tamkin). |
| 9:29 a.m. | Plaintiff's witness **Steven Carl Brown** sworn. |
| | Direct examination by Plaintiff (Mr. French). *EX ID:    18, 16* |
| 9:43 a.m. | Cross examination by Defendant (Mr. Tamkin). *EX ID:    16* |
| 9:49 a.m. | Plaintiff has no further evidence. |
| 9:49 a.m. | Offer of proof by Defendant (Mr. Tamkin). |
| | Court's remarks regarding this issue and applicable law. |
| 9:52 a.m. | Argument by Plaintiff (Mr. French). |
| 10:06 a.m. | Argument by Defendant (Mr. Tamkin). |
| 10:10 a.m. | Argument by Plaintiff (Mr. French). |
| | Court makes findings. |
| **ORDERED:** | Defendant's Motion in Limine to Exclude Evidence Concerning Deaths of Alpacas (#334 - 4/20/07) is **GRANTED.** |
| | Court's remarks to counsel regarding this issue. |

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

| | |
|---|---|
| **10:19 a.m.** | Court in Recess |
| **10:50 a.m.** | Court in Session - Jury not present |

Court's remarks regarding the jurors questions about making other plans the week of July 9, 2007.

10:53 a.m.     Jury enters

Court's remarks to jurors regarding trial schedule as it applies to the week of July 9, 2007.

10:55 a.m.     Plaintiff's witness **Peter Scott Janzen** resumes.

Re-Direct examination by Plaintiff (Mr. Santangelo).
*EX ID:        A-25, A-19, A-24, 9*

11:13 a.m.     Re-Cross examination by Defendant (Mr. Tamkin).

11:17 a.m.     Plaintiff's witness **Amber Stevens** by deposition.

**Exhibit/s 158 RECEIVED.**

12:01 p.m.     Plaintiff's witness **Robert (Bob) Bean** by videotape deposition.

12:24 p.m.     Jury excused

Discussion regarding schedule of witnesses for this afternoon.

**12:27 p.m.**     Court in Recess

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

**1:53 p.m.**      Court in Session - Jury enters

1:55 p.m.        Plaintiff's witness **Paul Michael Siler** sworn.

                 Direct examination by Plaintiff (Mr. Santangelo).
                 ***EX ID:***        ***20, Vol. I of deposition of Paul Siler (11/10/04) for purposes of impeachment, 32, 20, Vol. II of deposition of Paul Siler (11/19/04) for purposes of impeachment***

**Exhibit/s 20 RECEIVED.**

**Exhibit/s 32 REFUSED.**

2:15 p.m.        Cross examination by Defendant (Mr. Tamkin).
                 ***EX ID:***        ***20, 193, 20***

**Exhibit/s 193 RECEIVED.**

2:40 p.m.        Re-Direct examination by Plaintiff (Mr. Santangelo).
                 ***EX ID:***        ***185, 193, Vol. I of deposition of Paul Siler (11/10/04) for purposes of impeachment, 49***

**Exhibit/s 185 RECEIVED.**

3:00 p.m.        Re-Cross examination by Defendant (Mr. Tamkin).
                 ***EX ID:***        ***49, A-59***

3:06 p.m.        Direct examination by Defendant (Mr. Tamkin).

3:08 p.m.        Cross examination by Plaintiff (Mr. Santangelo).
                 ***EX ID:***        ***49***

3:11 p.m.        Discussion regarding schedule of witnesses.

**3:11 p.m.**      Court in Recess

**3:41 p.m.**      Court in Session - Jury enters

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

| | |
|---|---|
| 3:43 p.m. | Plaintiff's witness **Tamme Marie Hodge** (sworn). |
| | Direct examination by Plaintiff (Mr. Santangelo). |
| 3:51 p.m. | Cross examination by Defendant (Mr. Trautman).<br>***EX ID:***   ***30, 31*** |
| 3:54 p.m. | Plaintiff's witness **Robert (Bob) Bean** continues by videotape deposition. |
| 4:44 p.m. | Discussion regarding scheduling issues. |
| **4:45 p.m.** | Court in Recess - TRIAL CONTINUED |

**TOTAL TIME:  5:37**