**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech          Date:   July 9, 2007
E.C.R./Reporter:     Kara Spitler

_____

Civil Action No: **04-cv-00329-WYD-CBS**          <u>Counsel:</u>

**CACHE LA POUDRE FEEDS, LLC**,                    Luke Santangelo

      Plaintiff,

v.

**LAND O'LAKES, INC., et al.**,                         Gregory S. Tamkin
                                                    V. Aaron Hughes

      Defendants.

_____

**COURTROOM MINUTES**
_____

**TRIAL TO JURY (DAY 13)**

**9:00 a.m.**     JURY ARRIVES TO COMMENCE DELIBERATIONS

**2:03 p.m.**     Court in Session - Jury not present

                  Court reads note from jury (note attached).

2:03 p.m.      Discussion regarding how to respond to note from jury.

                  Plaintiff's Motion to Review Jury Instruction No. 24 (#442 - 7/9/07) is raised for
                  argument.

2:08 p.m.      Argument by Plaintiff (Mr. Santangelo).

2:10 p.m.      Argument by Defendant (Mr. Tamkin).

2:14 p.m.      Argument by Plaintiff (Mr. Santangelo).

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

Court makes findings.

**ORDERED:**   Plaintiff's Motion to Review Jury Instruction No. 24 (#442 - 7/9/07) is **DENIED.**

**2:28 p.m.**   Court in Recess

**2:37 p.m.**   Court in Session - Jury not present

Court reads second note from jury (note attached).

2:38 p.m.   Discussion regarding response to second note from jury.

2:42 p.m.   Jury enters

Court responds to the two notes from the jury.

2:44 p.m.   Jury excused to resume deliberations.

Court's remarks to counsel to remain in the building for about twenty minutes.

**ORDERED:**   Counsel shall return to the courthouse today at 4:45 p.m., unless called sooner.

**2:45 p.m.**   Court in Recess - Subject to Call

**5:05 p.m.**   Court in Session - Jury not present

Court informs counsel that jury will be sent home for the evening.

5:07 p.m.   Jury enters

Court's remarks to jury regarding the evening recess.

5:07 p.m.   Jury excused

Court's remarks to counsel regarding availability for tomorrow.

**5:08 p.m.**   Court in Recess - HEARING CONTINUED

**TOTAL TIME:  0:35**