**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

Courtroom Deputy:   Robert R. Keech          Date:  August 27, 2007
E.C.R./Reporter:      Kara Spitler

_____

Civil Action No: **04-cv-00329-WYD-CBS**          <u>Counsel:</u>

**CACHE LA POUDRE FEEDS, L.L.C.**,          Luke Santangelo
                                            Thomas R. French
              Plaintiff,                    Cheryl L. Anderson

v.

**LAND O'LAKES, INC., et al.**,          Gregory S. Tamkin
                                         Tucker K. Trautman
              Defendants.                V. Aaron Hughes
                                         Elizabeth L. Morton

_____

**COURTROOM MINUTES**

_____

**HEARING ON PENDING MOTIONS**

**1:31 p.m.**      Court in Session

                   APPEARANCES OF COUNSEL.

                   Court's opening remarks.

                   Plaintiff's Motion to Alter Judgment (#467 - 7/25/07) is raised for argument.

1:52 p.m.      Argument by Plaintiff (Mr. Santangelo).

2:27 p.m.      Argument by Defendant (Mr. Tamkin).

3:08 p.m.      Argument by Plaintiff (Mr. Santangelo).

-1-

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

**ORDERED:**     Plaintiff's Motion to Alter Judgment (#467 - 7/25/07) is **TAKEN UNDER ADVISEMENT.**

**3:19 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 1:48**