IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LAND O' LAKES, INC, a Minnesota corporation;

    Defendants.

_____

### MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    The Joint Motion to Clarify Entry of Judgment in this Case and for Additional Time to File Post-trial Motions if Judgment Has Entered (docket #476), filed September 14, 2007, is **GRANTED IN PART AND DENIED IN PART.**  The motion to clarify is granted to the extent that the Court clarifies that judgment has not yet entered in this case.  Since the judgment has not yet entered, the motion for extension of time to file post-trial motions is denied.

    Dated:  September 17, 2007