IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-00329-WYD-CBS

CACHE LA POUDRE FEEDS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

LAND O' LAKES, INC, a Minnesota corporation;

    Defendants.

_____

**ORDER**
_____

    THIS MATTER is before the Court on the parties' Unopposed Motion Under Fed. R. Civ. P. 62(b) to Stay Execution and Enforcement of the Judgment Pending the Court's Ruling on Post-Trial Motions (docket #481), filed October 1, 2007.

    On September 21, 2007, the Court entered judgment in favor of the Plaintiff. Pursuant to Fed. R. Civ. P. 62(b), after a judgment is entered, a court has discretion to order a stay of execution and enforcement of the judgment while it is considering post-trial motions filed under rules 50, 52(b), 59 or 60.

    Defendant requests that I enter an order pursuant to Fed. R. Civ. P. 62(b) staying the execution of judgment until ten (10) days following the Court's ruling on any post-trial motions.  Further, Defendant states that the Plaintiff's ability to collect any judgment is protected without the need for filing of a bond for purposes of a stay entered pursuant to Fed. R. Civ. P. 62(b), and such order would not effect Defendant's obligation to post a supersedeas bond pursuant to Fed. R. Civ. P. 62(d) pending an

appeal with the Tenth Circuit of Appeals, if any. The Plaintiff does not object to the requested relief. After carefully reviewing the file in this matter, I find that this motion should be granted. Accordingly, it is

ORDERED that the Unopposed Motion Under Fed. R. Civ. P. 62(b) to Stay Execution and Enforcement of the Judgment Pending the Court's Ruling on Post-Trial Motions (docket #481) is **GRANTED**. It is

FURTHER ORDERED that the execution of judgment is stayed for (ten) 10 days following the Court's ruling on any post-trial motions. It is

FURTHER ORDERED that Defendant is not required to file a bond for the purposes of a stay entered pursuant to Fed. R. Civ. P. 62(b). This order does not effect the Defendant's obligation to post a supersedeas bond pursuant to Fed. R. Civ. P. 62(d) pending an appeal.

Dated: October 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge