**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 04-cv-00329-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date: November 26, 2007** | **Courtroom Deputy: Bernique Abiakam** |

CACHE LA POUDRE FEEDS, LLC, a Colorado
limited liability company,                                  Thomas L. French

    **Plaintiff,**

    v.

LAND O'LAKES, INC., a Minnesota corporation,      Gregory S. Tamkin
                                                           Elizabeth L. Morton

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTIONS HEARING**
**Court in Session:** 2:02 p.m.

Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

Argument and discussion regarding Defendant Land O'Lakes' Motion To Compel Fee Agreements With Counsel.

2:03 p.m.    Argument by Mr. Tamkin. Questions by the Court.

2:11 p.m.    Argument by Mr. French. Questions by the Court.

Conclusions by the Court.

**ORDERED:  Defendant Land O'Lakes' Motion To Compel Fee Agreements With Counsel (Filed 10/26/07; Doc. No. 493) is GRANTED as specified.**

**ORDERED:  Plaintiff is required to submit, for *in camera* review, all original or copies of original engagement letters and plaintiff's proposed redactions as specified, on or before by close of business December 3, 2007.**

Argument and discussion regarding Plaintiff's Motion To compel Production of Bills or To Compel Affidavits From Attorneys Summarizing Bills **.**

2:40 p.m.   Argument by Mr. French.  Questions by the Court.

2:48 p.m.   Comment by Mr. Tamkin.

2:49 p.m.   Conclusions by the Court.

**ORDERED:** **Plaintiff's Motion To compel Production of Bills or To Compel Affidavits From Attorneys Summarizing Bills (Filed 11/14/07; Doc. No. 507) is DENIED.**

HEARING CONCLUDED.

**Court in Recess**: 2:57 p.m.
Total In-Court Time:     00:55