IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                          JUDGE WILEY Y. DANIEL
_____

Courtroom Deputy:   Robert R. Keech          Date:   January 16, 2008
E.C.R./Reporter:    Kara Spitler
_____

Civil Action No:  **04-cv-00329-WYD-CBS**          <u>Counsel:</u>

**CACHE LA POUDRE FEEDS, L.L.C.**,                 Luke Santangelo
                                                   Thomas R. French
             Plaintiff,                            Cheryl L. Anderson

v.

**LAND O'LAKES, INC., et al.**,                    Gregory S. Tamkin
                                                   Tucker K. Trautman
             Defendants.                           V. Aaron Hughes
                                                   Elizabeth L. Morton
_____

                            **COURTROOM MINUTES**
_____

**HEARING ON PENDING MOTIONS**

**10:16 a.m.**   Court in Session

                 APPEARANCES OF COUNSEL.

                 Court's opening remarks.

                 Plaintiff's Motion to Alter Judgment to Enhance Actual and Punitive Damages (#485 - 10/15/07) and Defendants' Motion to Alter Judgment to Reduce the Judgment Against it of Actual Damages to $260,055 (#486 - 10/15/07) are raised for argument.

10:19 a.m.       Argument by Plaintiff (Mr. French).

10:28 a.m.       Argument by Defendants (Mr. Hughes).

10:41 a.m.       Argument by Plaintiff (Mr. Santangelo).

                                    -1-

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

| | |
|---|---|
| 10:58 a.m. | Argument by Defendants (Mr. Hughes). |
| 11:02 a.m. | Argument by Plaintiff (Mr. Santangelo). |
| | Court makes findings. |
| **ORDERED:** | Defendants' Motion to Alter Judgment to Reduce the Judgment Against it of Actual Damages to $260,055 (#486 - 10/15/07) is **GRANTED.** |
| **ORDERED:** | Court will reduce the judgment so the actual damages are reduced to $260,055, which means that the total damages, including the Court's adjustment for lost profits, which makes total damages $4,654,544.13. |
| 11:13 a.m. | Argument by Plaintiff (Mr. French). |
| 11:14 a.m. | Argument by Defendants (Mr. Hughes). |
| 11:16 a.m. | Argument by Plaintiff (Mr. French). |
| 11:18 a.m. | Argument by Defendants (Mr. Hughes). |
| **ORDERED:** | Plaintiff's Motion to Alter Judgment to Enhance Actual and Punitive Damages (#485 - 10/15/07) is **DENIED.** |
| | Plaintiff's Motion for Permanent Injunction (#489 - 10/15/07) is raised for argument. |
| 11:22 a.m. | Argument by Defendants (Mr. Tamkin). |
| 11:23 a.m. | Argument by Plaintiff (Mr. Santangelo). |
| 11:28 a.m. | Argument by Plaintiff (Ms. Anderson). |
| 11:33 a.m. | Argument by Defendants (Mr. Tamkin). |
| 11:38 a.m. | Argument by Plaintiff (Ms. Anderson). |
| **ORDERED:** | Plaintiff's Motion for Permanent Injunction (#489 - 10/15/07) is **TAKEN UNDER ADVISEMENT.** |

Judge Wiley Y. Daniel
04-cv-00329-WYD-CBS - Courtroom Minutes

| | |
|---|---|
| **ORDERED:** | Counsel shall meet and confer to attempt to reach an agreement on language for a permanent injunction. |
| **ORDERED:** | Parties shall submit proposed order for a permanent injunction not later than **Friday, January 25, 2008.** |

Defendants' Motion to Alter Judgment to Reduce Award of Prejudgment Interest (#487 - 10/15/07) are raised for argument.

| | |
|---|---|
| 11:42 a.m. | Argument by Defendants (Mr. Tamkin). |
| 11:51 a.m. | Argument by Plaintiff (Mr. Santangelo). |
| 11:59 a.m. | Argument by Defendants (Mr. Tamkin). |
| **ORDERED:** | Defendants' Motion to Alter Judgment to Reduce Award of Prejudgment Interest (#487 - 10/15/07) is **TAKEN UNDER ADVISEMENT.** |
| **ORDERED:** | Parties may file supplemental briefing on the pre-judgment interest calculation not later than **Wednesday, January 23, 2008.** |

Plaintiff's Motion for Attorney Fees and Costs (#488 - 10/15/07) is raised for argument.

| | |
|---|---|
| 12:04 p.m. | Argument by Defendants (Mr. Tamkin). |
| **ORDERED:** | Plaintiff's Motion for Attorney Fees and Costs (#488 - 10/15/07) is **TAKEN UNDER ADVISEMENT.** |

Court's closing remarks to counsel.

**12:09 p.m.**     Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 1:53**